UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARGILL JUICE NORTH AMERICA,
INC.,

    Plaintiff,

v.

                                                           Case No. 04-CV-73392

COASTLOG INDUSTRIES LIMITED
USA, INC. d/b/a COASTLOG                      Honorable Patrick J. Duggan
INDUSTRIES LIMITED,

    Defendant.
_____/

**ORDER**
**SETTING ASIDE ORDER OF DISMISSAL**
**AND**
**REINSTATING CASE**

At a session of said Court, held in the U.S.
District Courthouse, City of Detroit, County of
Wayne, State of Michigan, on MAY 18, 2005.

PRESENT: THE HONORABLE PATRICK J. DUGGAN
U.S. DISTRICT COURT JUDGE

On March 15, 2005, this Court entered an Order dismissing this action for failure to prosecute.

Presently before the Court is Plaintiff's motion to set aside that Order of Dismissal and to reinstate the case.

Having reviewed Plaintiff's motion and brief filed in support of said motion, the Court is satisfied that Plaintiff's motion should be granted.

1

Therefore,

**IT IS ORDERED** that the Order of Dismissal entered on March 15, 2005 is **SET ASIDE**, and this action is **REINSTATED.**

_____

       s/Patrick J. Duggan
       Patrick J. Duggan
       United States District Judge

Dated: May 18, 2005

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 18, 2005, by electronic and/or ordinary mail.

       s/Marilyn Orem
       Case Manager